JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IAN PATRICK HAMILTON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WILLIAM MUNIZ, Warden,<br><br>　　　　　Respondent. | Case No. CV 16-02092 AG (JDE)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: March 31, 2018

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ANDREW J. GUILFORD
　　　　　　　　　　　　　　　　　　United States District Judge